UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00150

**Rodney Muckleroy,**
*Plaintiff,*

v.

**Quade Davis et al.,**
*Defendants.*

**ORDER**

 Plaintiff Rodney Muckleroy, a prisoner confined within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

 On January 12, 2023, the magistrate judge issued a report recommending that defendants' motions for summary judgment (Docs. 26, 27, 29, 32) be granted and that the case be dismissed with prejudice. Doc. 37. A copy of this report was sent to plaintiff at his last-known address. No objections were filed.

 When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motions for summary judgment (Docs. 26, 27, 29, 32) are granted and this case is dismissed with prejudice. All pending motions are denied.

 *So ordered by the court on March 2, 2023.*

J. Campbell Barker
United States District Judge